UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                  CASE NO:

MCLEOD, JOHN,                                                6:09-bk-18281-KSJ
GRAY, TERESA,                                                Chapter 13

      Debtor(s).
_____/

## DEBTOR'S CONSENT TO MOTION  FOR RELIEF FROM THE AUTOMATIC STAY BY DEUTSCHE BANK NATIONAL TRUST COMPANY

      COMES NOW, debtors, John McLeod and Teresa Gray, by and through their undersigned counsel and hereby consents to entry of an Order granting *in rem* relief from the automatic stay, to Deutsche Bank National Trust Company (document no. 28) relating to the real property described as: 1453 County Road 448B, Lake Panasoffkee, Florida 33538.

Dated this 19th day of February, 2010.

/s/ Robert Zipperer

_____

Robert Zipperer
Attorney for Debtor(s)
Florida Bar No:  196525
224 South Beach Street, Suite 202
Daytona Beach, Florida 32114
386-226-1151 telephone
386-238-3956 facsimile

## CERTIIFCATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Consent has been furnished by pre-paid US Mail to: Smith, Hiatt & Diaz, P.A., PO Box 11438, Fort Lauderdale, Florida 33339-1438; Laurie Weatherford, Chapter 13 Trustee, PO Box 3450, Winter Park, FL 32792; and US Trustee, 135 West central Blvd, Suite 620, Orlando, FL 32801, this 19th day of February, 2010.

/s/ Robert Zipperer

_____

Robert Zipperer
Attorney for Debtor(s)