IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                      Case No.  6:09-bk-18281-KSJ

JOHN & TERESA MCLEOD,

     Debtor(s).
_____/

### TRUSTEE'S CONSENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY
### (collateral surrendered in plan)

COMES NOW Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee, and files this Consent to the Motion for Relief from the Automatic Stay on behalf of Deutsche Bank (Document No. 28) and to the entry of an order thereon.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing via United States Regular Mail or by electronic transmission to the following on February 22, 2010

Robert H. Zipperer
224 South Beach Street, Suite 202
Daytona Beach, FL 32114

John & Teresa McLeod
920 Lake Marion Dr
Altamonte Springs, FL 32701

Roy A. Diaz, Esq.
Smith, Hiatt & Diaz PA
P. O. Box 11438
Ft. Lauderdale, FL 33339-1438

                                                   LAURIE K. WEATHERFORD
                                                   Chapter 13 Standing Trustee

BY:    /s/ Laurie E. Weatherford_____
            Laurie K. Weatherford, Trustee
            Samuel R. Pennington, Attorney for Trustee
            Fla. Bar No.: 0779326
            Post Office Box 3450
            Winter Park, Florida 32790-3450
            Telephone: (407) 648-8841
            Telecopy:  (407) 648-2665