UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

IN RE:

| | |
|---|---|
| JOHN MCLEOD & TERESA MCLEOD AKA   TERESA GRAY | CASE NO.:   6:09-bk-18281-KSJ |
| Debtor(s) | CHAPTER 13 |
| ADDRESS: | 920 LAKE MARION DR ALTAMONTE SPRINGS, FL 32701 |
| LAST 4 OF SSN: | xxx-xx-8023 xxx-xx-6716 |

_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

This Case is before the court upon the Motion for Relief from the Automatic Stay (Docket # 28) filed by DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-NC5 ("CREDITOR") on January 26, 2010.   Both the trustee and the debtor have filed consents.   The Court having been fully advised on the premises, it is hereby

**ORDERED**:

1. The Motion for Relief from Automatic Stay is GRANTED.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with foreclosure of its lien on the following property:

> COMMENCE AT THE NW CORNER OF LOT 5, BLOCK A, OF THUNDERBIRD TERRACE AS PER PLAT IN PLAT BOOK 3, PAGE 28 OF THE PUBLIC RECORDS OF SUMTER COUNTY, FLORIDA,; RUN THENCE N 64° 46' W A DISTANCE OF A DISTANCE OF 50 FEET, THENCE S 25°18' W, A DISTANCE OF 360 FEET, RUN THENCE N 64° 46' W 320 FEET TO THE POINT OF BEGINNING, RUN THENCE S 25° 18' W A DISTANCE OF 100 FEET TO THE WATERS OF A CANAL, RUN THENCE N 64° 46' W ALONG THE WATERS OF SAID CANAL 87.5 FEET, THENCE N 3° 23' E ALONG THE WATERS OF SAID CANAL 30 FEET, RUN THENCE N 46° 18' E ALONG SAID CANAL 121.17 FEET, THENCE DEPARTING SAID CANAL RUN S 64° 46 E 55.35 FEET TO THE NW LINE OF DOGWOOD STREET, RUN THENCE S 25° 18' W 40 FEET TO THE P.O.B. ALSO KNOWN AS LOT 23, BLOCK C FIRST ADDITION TO THUNDERBIRD TERRACE, AS PER SURVEY RECORD THEREOF FILED IN O.R. BOOK   62, PAGE 146, OF THE PUBLIC RECORDS OF SUMTER COUNTY, FLORIDA.

CASE NO.:

6:09-bk-18281-KSJ

Property Address:    1453 COUNTY ROAD 448B, LAKE PANASOFFKEE, FL 33538

3.    This Order is entered for the sole purpose of allowing CREDITOR to obtain an *in rem* judgment against the property described above.   CREDITOR shall not seek an *in personam* judgment against Debtor(s).

4.     The bankruptcy fees shall not exceed $500.00 and the fourteen day waiver pursuant to Bankruptcy Rule 4001(a)(3) shall not be waived

DONE and ORDERED in Orlando, Florida, this 3rd day of March, 2010

_____
KAREN S. JENNEMANN,
UNITED STATES BANKRUPTCY JUDGE

Copies to:

ROY A. DIAZ, ESQ.
SMITH, HIATT & DIAZ, P.A.
PO BOX 11438
FORT LAUDERDALE, FL   33339-1438
*Attorneys for Creditor*

JOHN MCLEOD & TERESA MCLEOD AKA   TERESA GRAY
920 LAKE MARION DR
ALTAMONTE SPRINGS, FL 32701
*Debtor(s)*

ROBERT H. ZIPPERER
224 SOUTH BEACH STREET, SUITE 202
DAYTONA BEACH, FL 32114
*Attorney for Debtor(s)*

LAURIE K WEATHERFORD
P.O BOX 3450
WINTER PARK, FL 32790
*Trustee*

1184-79181