UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                         CASE NO:

McLEOD, JOHN                                                       6:09-bk-18281-KSJ
McLEOD, TERESA
    Debtors.
_____/

## FOURTH AMENDED CHAPTER 13 PLAN

    COME NOW, the debtors and files this Fourth Amended Chapter 13 Plan.  The projected disposable income of the debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the debtors shall pay the following sums to the Chapter 13 Standing trustee:

## PLAN PAYMENTS

| Payment number by months | Amount of monthly plan payments |
|---|---|
| 1 – 5 | $ 2,045.00 |
| 6 - 15 | $ 3,250.00 |
| 16 – 60 | $ 4,150.00 |

    The debtors shall pay by money order, cashier's check, or wage deduction, to Laurie K Weatherford, Chapter 13 Standing Trustee, PO Box 1103, Memphis, TN 38101-1103.  The debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by Court Order.

## PAYMENT OF CLAIMS THROUGH THE CHAPTER 13 PLAN

**Attorney fees**

| Attorney fees | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Robert Zipperer, Esquire | $3,000.00 | $ 200.00 | 1 – 15 |
|  | $1,500.00 | $ 50.00 | 31 - 60 |

**Priority Claims**

    The fees and expenses of the trusts shall be paid over the life of the plan at the rate allowed as governed by the guidelines of the United States Trustee:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Aurora Loan Servicing<br>  920 Lake Marion Drive<br>  Altamonte Springs, Florida | $330,000.00 | $ 1,657.91 | 1 – 60 |
| Bank of America<br>  Second Mortgage<br>  920 Lake Marion Drive<br>  Altamonte Springs, Florida | $ 40,000.00 | Motion to Avoid lien has been filed | |
| Chase Mortgage<br>  Third Mortgage<br>  920 Lake Marion Drive<br>  Altamonte Springs, Florida | $ 41,932.31 | Motion to Avoid lien has been filed | |
| Chase Home Mortgage<br>  2904 Ash Drive<br>  Leesburg, Florida | $123,977.67 | outside of plan<br>$ 1,051.12 | 1 - 5<br>6 - 60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Aurora Loan Servicing<br>  920 Lake Marion Drive<br>  Altamonte Springs, Florida | $ 26,878.74 | $ 597.56 | 16 – 60 |
| Chase Home Mortgage<br>  2904 Ash Drive<br>  Leesburg, Florida | $ 17,036.86 | $ 378.60 | 16 – 60 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Property to be surrendered**

| **Name of Creditor** | **Property Address:** |
|---|---|
| 21 Century | property with mobile home in Wildwood, Florida |
| Bank of America/Countrywide | property in Lake Panasafokee, FL |

**Valuation of Security**

| **Name of Creditor** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| | | | |

**Executory Contracts**

**The following Executory Contracts are assumed:**

| **Name of Creditor** | **Description of Collateral** | **Month Numbers** |
|---|---|---|

**The following Executory Contracts are rejected:**

**Unsecured Creditors** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to priority and secured claims are made. Approximate percentage to unsecured claims: _____%.

Property of the estate revests in the debtors upon confirmation of the plan, or upon completion of all plan payments and the discharge of debtors.

Dated this   29th   day of July, 2010.

                                               /s/ Robert Zipperer
                                               Robert Zipperer
                                               Attorney for Debtors
                                               Florida Bar No:  196525
                                               224 South Beach St, Suite 202
                                               Daytona Beach, FL 32114
                                               386-226-1151 telephone

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Chapter 13 Plan has been furnished by either US Mail, postage prepaid or electronic mail to all creditors on the attached mailing matrix (obtained from the Clerk's office within 10 days prior to the date of service), this  29th  day of July, 2010.

                          /s/ Robert Zipperer
                          Robert Zipperer
                          Attorney for Debtors