UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

John Mcleod
Teresa Mcleod

**Debtors**

Case No:   6:09-bk-18281-KSJ
Chapter 13

### Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed 7/8/10 (Document No. 52).

I HEREBY CERTIFY, that a true and correct copy of the foregoing Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments has been furnished by the United States mail or by electronic transmission to the parties listed below on the 30th day of August, 2010.

**Debtors** - John Mcleod, 920 Lake Marion Dr, Altamonte Springs, FL  32701 and Teresa Mcleod, 2904 Ash Drive, Leesburg, FL  34748

**Debtors' Attorney -** Robert H Zipperer, 224 South Beach Street, Suite 202 (Law Office Of Robert H Zipperer), Daytona Beach, FL  32114

Respectfully submitted on this 30th day of August, 2010.

/S/ LAURIE K. WEATHERFORD

Laurie K Weatherford
Chapter 13 Trustee
Samuel R Pennington
Attorney for Trustee
FL Bar No. 0779326
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com