UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                          CASE NO.:

MCLEOD, JOHN,                                       6:09-bk-18281-KSJ
MCLEOD, TERESA,                                   Chapter 13

                        Debtor(s).
_____/

ORDER GRANTING MOTION TO STRIP MORTGAGE LIEN OF JPMORGAN CHASE
BANK, N.A. DOCUMENT NUMBER 50

        This case came on for consideration upon the debtors' Motion to Strip Mortgage Lien of

JPMorgan Chase Bank, N.A. (document number 50). After reviewing the pleading and

considering the position of interested parties, it is

        **ORDERED:**

        1.        Motion to Strip Lien is granted.

        2.        Creditor, JPMorgan Chase Bank, N.A., has a mortgage lien on the debtor's

homestead located at 920 Lake Marion Drive, Altamonte Springs, Florida 32701, more

particularly described as:

                L6 E20' L5 ETC L7 B38 SANDLANDO SANFORD SEC ETC, of public

                records of Seminole County, Florida

        3.        Claim Number 11 filed by JPMorgan Chase Bank N.A. shall be treated as an

                unsecured claim in this Chapter 13 case.

        4.        Upon entry of a discharge, the Lien is stripped and extinguished

                automatically without further order; provided, however, if the debtor fails

                to make all required payments and no discharge is entered, the Lien shall

                survive and remain fully enforceable.

DONE and ORDERED in Orlando, Florida, this 3rd day of September, 2010

_____
Karen S Jennemann
United States Bankruptcy Judge

Copies furnished to:

John and Teresa McLeod, Debtors, 920 Lake Marion Dr, Altamonte Springs, FL 32701
Robert Zipperer, Attorney for Debtors, 224 S Beach St, Ste 202, Daytona Bch, FL 32114
Laurie Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790
US Trustee, 135 West Central Blvd, Suite 620, Orlando, FL 32801
Emeka Menakaya, JPMorgan Chase Bank, N.A., 2901 Kinwest Pkwy, Irving, TX 75063
Jamie Dimon, CEO JPMorgan Chase Bank, N.A., 270 Park Ave, New York, NY 10017