UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                                    CASE NO.:

MCLEOD, JOHN,                                                                6:09-bk-18281-KSJ
MCLEOD, TERESA,                                                           Chapter 13

          Debtor(s).
_____/

ORDER GRANTING MOTION TO STRIP MORTGAGE LIEN OF BANK OF AMERICA
DOCUMENT NUMBER 49

This case came on for consideration upon the debtors' Motion to Strip Mortgage Lien of Bank of America (document number 49). After reviewing the pleading and considering the position of interested parties, it is

**ORDERED:**

1. Motion to Strip Lien is granted.
2. Creditor, Bank of America has a mortgage lien on the debtor's homestead located at 920 Lake Marion Drive, Altamonte Springs, Florida 32701, more particularly described as:
   L6 E20' L5 ETC L7 B38 SANDLANDO SANFORD SEC ETC, of public records of Seminole County, Florida
3. Claim Number 4 filed by Bank of America shall be treated as an unsecured claim in this Chapter 13 case.
4. Upon entry of a discharge, the Lien is stripped and extinguished automatically without further order; provided, however, if the debtor fails to make all required payments and no discharge is entered, the Lien shall survive and remain fully enforceable.

DONE and ORDERED in Orlando, Florida, this 3rd day of September, 2010

Karen S Jennemann
United States Bankruptcy Judge

Copies furnished to:

John and Teresa McLeod, Debtors, 920 Lake Marion Dr, Altamonte Springs, FL 32701
Robert Zipperer, Attorney for Debtors, 224 S Beach St, Ste 202, Daytona Bch, FL 32114
Laurie Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790
US Trustee, 135 West Central Blvd, Suite 620, Orlando, FL 32801
Stacey N Crawford, Bank of America, PO Box 26012, NC4-105-03-14, Greensboro, NC 27420
CT Corporation System, Registered Agent, 1200 South Pine Island Rd, Plantation, FL 33324
Brian T Moynihan, President Bank of America, 401 North Tyron St, NC1-021-02-20, Charlotte, NC 28255