

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

# PRO MEMO

10/5/2010 9:30 AM

COURTROOM Courtroom B, 5th Floor

## HONORABLE KAREN JENNEMANN

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:09-bk-18281-KSJ** | **11/30/2009** |

**DEBTOR:**    John McLeod

Teresa McLeod

**DEBTOR ATTY:**    **Robert H. Zipperer**

**TRUSTEE:**    **Laurie K Weatherford**

**HEARING:**

"CONFIRMATION HEARING"

FOURTH AMENDED PLAN - DOC #53

AMENDED OBJECTION BY CHASE HOME FINANCE LLC TO PLAN - DOC #55/#29

OBJECTION BY AURORA LOAN SERVICES, LLC TO PLAN - DOC #41

PENDING MOTION TO DISMISS CASE FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS FILED 9/20/10 RE: DEFICIENCY $9,725.00 - DOC #62

**APPEARANCES:**

SAM PENNINGTON:TEE
ROBERT ZIPPERER: D'ORS ATTY

**RULING:**

"CONFIRMATION HEARING".

FOURTH AMENDED PLAN - DOC #53.

AMENDED OBJECTION BY CHASE HOME FINANCE LLC TO PLAN - DOC #55/#29.

OBJECTION BY AURORA LOAN SERVICES, LLC TO PLAN - DOC #41.


Hearing Continued to: 11/30/10 AT 2:00 PM    (NO FURTHER CONTINUANCES - AOCNFNG)

Proposed Orders should be submitted within three days after the date of the hearing - Local Rule 9072-1(c)