UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

John Mcleod
Teresa Mcleod

Debtors

Case No:   6:09-bk-18281-KSJ
Chapter 13

### Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments

THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Payments (Document No. 62). The Court, having found that the Debtors failed to become current under the Motion, finds that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Dismiss is granted and this case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Of the Debtors' $7,828.75 balance in the Trustee's trust account, administrative expenses shall be disbursed as follows: $3,315.82 to secured creditors provided for in the Debtors' current plan, $2,700.00 attorney fees provided for in the Debtors' current plan, and $367.01 to the Trustee. The balance of $1,445.92 shall be turned over to the Debtors.

DONE and ORDERED in Orlando, Florida, this 4th day of November, 2010

Karen S. Jennemann
United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties